UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ACE AMERICAN INSURANCE COMPANY
a/s/o SCOTT MARK & PETER
SCALAMANDRE,

        Plaintiff,

- against -

APPROVED MARINE, INC.,

        Defendant.
------------------------------------------------------------X

2012 Civ. 6673 (TPG)

**NOTICE OF VOLUNTARY DISMISSAL**

It is hereby noticed that the above-captioned action, in accordance with the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, be and hereby is voluntarily dismissed without prejudice and without costs, no party having answered or otherwise appeared in the action.

Dated:    New York, New York
             November 21, 2012
             230-56/57

Respectfully submitted,

CASEY & BARNETT, LLC
Attorneys for Plaintiff

By: _____
Gregory G. Barnett
Janine E. Brown
65 West 36th Street, 9th Floor
New York, New York 10018
(212) 286-0225